

NUMBER 13-13-00601-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DANTE ROBINSON AND
CHARLOTTE M. LEWIS-ROBINSON,
INDIVIDUALLY AND D/B/A AALTO
AUTO SALES,                                                          Appellants,

v.

SERGIO ALEJANDRO VALLE
RAMIREZ, A/K/A SERGIO O. VALLE,                           Appellee.

On appeal from the County Court at Law No. 2
of Travis County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

Appellants filed an appeal from a judgment rendered by the County Court at Law

No. 2 of Travis County in cause number C-1-CV-12-011037.   This appeal was

transferred to this Court from the Third Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West Supp. 2011) (delineating the jurisdiction of appellate courts); TEX.GOV'T CODE ANN. § 73.001 (West 2005) (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

On January 22, 2014, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on December 27, 2013, and that the deputy district clerk, C. Jones, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On January 14, 2014, the Clerk of the Court notified appellant that she was delinquent in remitting a $195.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
6th day of March, 2014.